# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2021

162463 & (23)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SAMUEL EUGENE CALHOUN,
     Defendant-Appellant.

SC: 162463
COA: 354648
Berrien CC: 01-410703-FC

_____/

On order of the Court, the request to expedite consideration is GRANTED. The application for leave to appeal the October 20, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for modification of release decision is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2021

b0119



Clerk